UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BROWN, an individual,<br><br>Plaintiff(s)<br>v.<br>DYNAMIC MANAGEMENT SOLUTIONS FACILITY SERVICES, LLC; NORTHSTAR FEDERAL SERVICES, INC.; et al.,<br><br>Defendant(s) | CASE No C 4:16-cv-06864-KAW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: 120 days from the date of the order referring the case to ADR.

Date: April 7, 2017      _/s/ Michael Hoffman for David Feder_
                         Attorney for Plaintiff

Date: April 7, 2017      s/Denise Trani-Morris
                         Attorney for Defendant
                         NORTHSTAR FEDERAL SERVICES, INC.

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 4/12/17            _Kandis Westmore_
                         U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*