1  Denise Trani-Morris (Cal. Bar No. 127879)
   Janelle J. Sahouria (Cal. Bar No. 253699)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: denise.trani-morris@jacksonlewis.com
5  E-mail: janelle.sahouria@jacksonlewis.com

6  Attorneys for Defendants
   NORTHSTAR FEDERAL SERVICES, INC. and
7  DYNAMIC MANAGEMENT SOLUTIONS, LLC

8  Daniel Feder (Cal. Bar No. 130867)
   LAW OFFICES OF DANIEL FEDER
9  332 Pine Street, Suite 700
   San Francisco, CA 94104
10 Telephone: (415) 391-9476
   Facsimile: (415) 391-9432
11
   Attorneys for Plaintiff
12 DENNIS BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BROWN, an individual, | Case No. 4:16-cv-06864-KAW |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| v. | Complaint Filed: November 29, 2016 |
| DYNAMIC MANAGEMENT SOLUTIONS, LLC; NORTHSTAR FEDERAL SERVICES, INC.; and DOES 1 through 50, inclusive, | First Amended Complaint: December 12, 2017 |
| | Trial Date: None Set |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff DENNIS BROWN ("Plaintiff") and Defendants NORTHSTAR FEDERAL SERVICES, INC. and DYNAMIC MANAGEMENT SOLUTIONS, LLC ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41, this action be dismissed with prejudice.

| | |
|---|---|
| 1 | **IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has |
| 2 | been settled as between them and all issues and controversies have been resolved to their mutual |
| 3 | satisfaction. |

Dated: February 21, 2018　　　　　　　　　　JACKSON LEWIS P.C.

By:　s/ Denise Trani-Morris
　　　Denise Trani-Morris
　　　Janelle J. Sahouria
　　　Attorneys for Defendants
　　　NORTHSTAR FEDERAL SERVICES, INC.
　　　and DYNAMIC MANAGEMENT
　　　SOLUTIONS, LLC

Dated: February 21, 2018　　　　　　　　　　LAW OFFICES OF DANIEL FEDER

By:　s/ Daniel Feder
　　　Daniel Feder
　　　Attorney for Plaintiff
　　　DENNIS BROWN

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

This action in its entirety is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:　2/26/18

　　　　　　　　　　　　　　　　　　　HON. KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4812-2109-0398, v. 1